# Schedules
# "D"
# "DD"
# "DDD"

SCHEDULE "D"



LAND TO BE CONDEMNED

Tract: RGV-FTB-1011-3
Owner: City of Brownsville
Acres: 4.4484
Cameron County, Texas

14

SCHEDULE "D" (cont.)



| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S 18°42'56" W | 98.86' |
| L2 | S 40°37'53" W | 151.05' |
| L3 | N 82°51'06" W | 434.67' |
| L4 | S 02°31'17" W | 93.15' |
| L5 | N 81°33'42" W | 103.91' |
| L6 | N 05°05'13" E | 31.64' |
| L7 | N 14°32'17" E | 51.49' |
| L8 | N 32°08'33" E | 51.84' |
| L9 | N 66°29'00" E | 48.66' |
| L10 | N 84°23'40" E | 54.53' |
| L11 | S 85°40'43" E | 100.19' |
| L12 | S 73°46'05" E | 41.79' |
| L13 | S 88°51'21" E | 98.88' |
| L14 | S 84°27'49" E | 149.02' |
| L15 | N 54°57'57" E | 93.99' |
| L16 | N 13°18'09" W | 60.92' |
| L17 | N 38°05'18" W | 449.30' |
| L18 | N 35°43'03" W | 102.29' |
| L19 | N 37°11'00" W | 604.92' |
| L20 | N 39°19'39" W | 210.44' |
| L21 | N 36°21'42" W | 211.59' |
| L22 | N 32°02'05" W | 97.83' |
| L23 | N 38°04'16" W | 107.72' |
| L24 | N 08°29'18" E | 104.90' |

LAND TO BE CONDEMNED

Tract: RGV-FTB-1011-3
Owner: City of Brownsville
Acres: 4.4484
Cameron County, Texas

## SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV-FTB-1001-1
Owner: City of Brownsville
Acres: 6.575
Cameron County, Texas

28

SCHEDULE "DD" (cont.)



**CURVE TABLE**

| CURVE | RADIUS | LENGTH | DELTA | CHORD | CHORD BEARING |
|-------|--------|--------|-------|-------|---------------|
| C1 | 187.45' | 175.95' | 53°46'52" | 169.56' | S 09°20'13" E |
| C2 | 216.76' | 183.37' | 48°28'16" | 177.95' | S 03°58'09" E |
| C3 | 215.33' | 216.59' | 57°37'57" | 207.58' | S 63°43'05" W |
| C8 | 174.63' | 215.71' | 70°46'29" | 202.26' | N 60°17'08" E |
| C9 | 110.88' | 119.38' | 61°41'10" | 113.69' | N 05°55'23" W |
| C10 | 259.78' | 172.91' | 38°08'08" | 169.73' | N 16°10'42" W |

**LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S 51°18'08" E | 97.36' |
| L2 | S 26°42'42" W | 75.26' |
| L3 | S 35°42'39" E | 99.88' |
| L4 | S 27°56'48" E | 46.50' |
| L5 | S 21°58'21" W | 149.76' |
| L6 | S 27°40'49" W | 142.80' |
| L7 | N 89°13'52" W | 101.21' |
| L8 | N 84°35'47" W | 476.93' |
| L9 | N 86°55'36" W | 146.32' |
| L19 | N 89°10'03" E | 120.00' |
| L20 | N 24°54'12" E | 220.85' |
| L21 | N 36°47'29" W | 159.55' |
| L22 | N 25°44'44" E | 177.86' |
| L23 | S 51°18'08" E | 30.85' |

**LAND TO BE CONDEMNED**

Tract: RGV-FTB-1001-1
Owner: City of Brownsville
Acres: 6.575
Cameron County, Texas

29

SCHEDULE "DD" (cont.)



**CURVE TABLE**

| CURVE | RADIUS | LENGTH | DELTA | CHORD | CHORD BEARING |
|-------|--------|--------|-------|-------|---------------|
| C4 | 227.38' | 195.03' | 49°08'38" | 189.11' | S 63°19'14" W |
| C5 | 78.21' | 107.69' | 78°53'15" | 99.38' | S 08°43'23" E |
| C6 | 35.65' | 49.60' | 79°42'52" | 45.70' | S 81°09'55" W |
| C7 | 1,162.18' | 260.89' | 12°51'43" | 260.34' | S 56°39'24" W |

*JERONIMO BANCO NO.131*
*CAMERON COUNTY, TEXAS*

**LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L9 | N 86°55'36" W | 146.32' |
| L10 | S 37°16'31" W | 99.16' |
| L11 | S 41°30'30" E | 86.32' |
| L12 | S 75°25'18" W | 10.92' |
| L13 | S 51°27'18" W | 53.25' |
| L14 | N 41°47'34" W | 81.30' |
| L15 | N 51°37'32" W | 39.79' |
| L16 | S 64°53'04" W | 529.33' |
| L17 | N 25°15'15" W | 85.94' |
| L18 | N 77°47'03" E | 179.84' |
| L19 | N 89°10'03" E | 120.00' |

THE CITY OF
BROWNSVILLE, TEXAS
CALLED 100.0 ACRES
VOL. 1075, PG. 830
C.C.D.R.
FEB. 28, 1977

THE UNITED STATES OF AMERICA
TRACT 1
CALLED 71.243 ACRES
VOL. 4539, PG. 112
C.C.O.P.R.
SEPT. 18, 1997

RGV-FTB-1001-1
6.575 AC.
286,592 SQ. FT.

AGNES O. BROWNE, MARY B. WINANS
AND FRANCES V. BROWNE, TRUSTEES
VOL. 3918, PG. 132, VOL. 3918, PG. 135
& VOL. 3918, PG. 138
C.C.O.P.R.
JUNE 28, 1996
FULLY DESCRIBED IN
VOL. 818, PG. 399
C.C.D.R.
SEP. 28, 1966

TOE OF
LEVEE

THE CITY OF BROWNSVILLE, TEXAS
RGV-FTB-1001-1

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING - LAND SURVEYING
8505 NORTH LOOP WEST
SUITE 380
HOUSTON, TEXAS 77008
TEL. NO. (713) 895-7008     FAX NO. (713) 895-4131

US Army Corps
of Engineers
VPROS-CV-0-0076
CAMERON COUNTY, TEXAS

SHEET 8 OF 8

**LAND TO BE CONDEMNED**

Tract: RGV-FTB-1001-1
Owner: City of Brownsville
Acres: 6.575
Cameron County, Texas

SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV-FTB-1054-1 (formerly a part of RGV-FTB-1001-1)
Owner: Linda Louise Waller, Independent Executrix of the Estate of Jack Waller
Acres: 1.6693
Cameron County, Texas

SCHEDULE "DD" (cont.)

**CURVE TABLE**

| CURVE | RADIUS | LENGTH | DELTA | CHORD | CHORD BEARING |
|-------|--------|--------|-------|-------|---------------|
| C1 | 970.08' | 179.33' | 10°35'31" | 179.08' | S 54°49'24" E |

**LINE TABLE**

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | S 77°02'53" W | 47.18' |
| L2 | S 77°02'53" W | 126.02' |
| L3 | N 56°58'35" W | 299.12' |
| L4 | N 59°31'59" W | 258.88' |
| L5 | N 47°03'04" W | 133.25' |
| L6 | N 53°26'54" W | 249.73' |
| L7 | N 59°02'48" E | 85.33' |
| L8 | S 51°12'20" E | 110.84' |
| L9 | S 49°31'38" E | 167.17' |
| L10 | S 60°07'09" E | 438.38' |
| L11 | S 58°39'31" E | 95.74' |

NOTE:
TRACT RGV-FTB-1054-1 LIES WHOLLY WITHIN THE
U.S.A. FLOOD CONTROL EASEMENT AS RECORDED
IN VOL. 302, PG. 416, C.C.D.R.

**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1054-1 (formerly a part of RGV-FTB-1001-1)
Owner: Linda Louise Waller, Independent Executrix of the Estate of Jack Waller
Acres: 1.6693
Cameron County, Texas

SCHEDULE "DD"



NOTES:

1. BEARINGS AND COORDINATES ARE REFERENCED TO THE TEXAS COORDINATE SYSTEM NAD83, SOUTH ZONE (4205) AND THE LEICA SMARTNET REFERENCE NETWORK STATION "RTCM-REF 0909", HAVING COORDINATES OF N-16,519,734.0968 & E-1,318,461.0350. ALL COORDINATES AND DISTANCES ARE GRID VALUES AND CAN BE CONVERTED TO SURFACE VALUES BY DIVIDING BY THE COMBINED SCALE FACTOR (CSF), AS PROVIDED BY TRANSYSTEMS OF 1.000080415. (GRID / CSF = SURFACE).

2. THE UNIT OF MEASURE IS U.S. SURVEY FOOT.

3. CORNERS NOT SET AT TIME OF SURVEY, TO BE SET UPON POSSESSION BY THE GOVERNMENT.

N.T.S.

P.O.B.
N=16,484,807.19
E=1,328,832.17

L E G E N D

● - SET 3/4" IR W/U.S.A.C.E. ALUM. DISK (UNLESS NOTED) SEE NOTE 3
○ - FOUND PROPERTY CORNER (AS NOTED)
C.C.D.R. - CAMERON COUNTY DEED RECORDS
C.C.O.P.R. - CAMERON COUNTY OFFICIAL PUBLIC RECORDS
C.C.M.R. - CAMERON COUNTY MAP RECORDS
P.O.C. - POINT OF COMMENCING
P.O.B. - POINT OF BEGINNING
P.L. - PROPERTY LINE

P.O.C.
FND. I.B.C.
BRASS DISK
ON 4" PIPE
N=16,484,586.51
E=1,328,657.24

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, OCTOBER 2010.

9 MAY 2011

SCOTT M. FERTAK
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 5257

STATE OF TEXAS
REGISTERED
SCOTT M. FERTAK
5257
PROFESSIONAL
LAND SURVEYOR

TOMAS SALINAS, ET AL
RGV-FTB-1058-1

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING · LAND SURVEYING
3565 NORTH LOOP WEST
SUITE 360
HOUSTON, TEXAS 77008
TEL. NO. (713) 861-7668    FAX NO. (713) 861-4121

US Army Corps of Engineers
MRGK-04-0-0014
CAMERON COUNTY, TEXAS

| DATE | Mark | Description | Date | App'r |
|------|------|-------------|------|-------|
| DSGN BY: | | | | |
| DRG NO: BK | | | | |
| REVIEWED BY: SMF | | | | |

SHEET 4 OF 5

LAND TO BE CONDEMNED
Tract: RGV-FTB-1058-1 (formerly a part of RGV-FTB-1001-1)
Owner: Tomas Salinas, et al
Acres: 1.1925
Cameron County, Texas

SCHEDULE "DD" (cont.)



SHARE 27
ESPIRITU SANTO GRANT
CAMERON COUNTY, TEXAS

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L1 | N 85°59'49" W | 124.11' |
| L2 | N 27°08'11" E | 213.20' |
| L3 | S 38°24'11" W | 100.06' |

NOTE:
TRACT RGV-FTB-501B-1 LIES WHOLLY WITHIN THE
U.S.A. FLOOD CONTROL EASEMENT AS RECORDED
IN VOL. 300, PG. 614, C.C.D.R.

TOMAS SALINAS, ET AL
RGV-FTB-1058-1

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING - LAND SURVEYING
2525 NORTH LOOP WEST
SUITE 300
HOUSTON, TEXAS 77008

US Army Corps
of Engineers

SHEET 5 OF 5

**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1058-1 (formerly a part of RGV-FTB-1001-1)
Owner: Tomas Salinas, et al
Acres: 1.1925
Cameron County, Texas

SCHEDULE "DD"



LAND TO BE CONDEMNED

Tract: RGV-FTB-1059-1 (formerly a part of RGV-FTB-1001-1)
Owner: City of Brownsville
Acres: 0.5956
Cameron County, Texas

"SCHEDULE "DD" (cont.)



| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N 43°51'56" E | 82.39' |
| L2 | S 27°08'11" W | 95.59' |
| L3 | N 33°19'06" W | 66.80' |
| L4 | N 34°21'43" W | 97.49' |
| L5 | N 38°38'25" W | 95.11' |
| L6 | N 40°24'32" W | 84.12' |

NOTE:
TRACT RGV-FTB-1059-1 LIES WHOLLY WITHIN THE
U.S.A. FLOOD CONTROL EASEMENT AS RECORDED IN
VOL. 305, PG. 459, C.C.D.R.

CITY OF BROWNSVILLE
RGV-FTB-1069-1

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING · LAND SURVEYING
2525 NORTH LOOP WEST
SUITE 300
HOUSTON, TEXAS 77008
TEL. NO. (713) 869-7068    FAX NO. (713) 861-4131

US Army Corps
of Engineers

SHEET 5 OF 5

LAND TO BE CONDEMNED
Tract: RGV-FTB-1059-1 (formerly a part of RGV-FTB-1001-1)
Owner: City of Brownsville
Acres: 0.5956
Cameron County, Texas

53

SCHEDULE "DD"



NOTES:

1. BEARINGS AND COORDINATES ARE REFERENCED TO THE TEXAS COORDINATE SYSTEM NAD83, SOUTH ZONE (4205) AND THE LEICA SMARTNET REFERENCE NETWORK STATION "RTCM-REF 0909", HAVING COORDINATES OF N-16,519,734.0968 & E-1,318,461.0350. ALL COORDINATES AND DISTANCES ARE GRID VALUES AND CAN BE CONVERTED TO SURFACE VALUES BY DIVIDING BY THE COMBINED SCALE FACTOR (CSF), AS PROVIDED BY TRANSYSTEMS OF 1.000080415. (GRID / CSF = SURFACE).

2. THE UNIT OF MEASURE IS U.S. SURVEY FOOT.

3. CORNERS NOT SET AT TIME OF SURVEY, TO BE SET UPON POSSESSION BY THE GOVERNMENT.

N.T.S.

RGV-FTB-1061-1
RGV-FTB-1061
RGV-FTB-1060
RGV-FTB-1059
RGV-FTB-1060-1
0.4866 AC.
21,196 SQ. FT.
RGV-FTB-1059-1

N 18°00'10" E
54.17'

P.O.B.
FND. 1/2" I.R.
N=16,485,292.74
E-1,328,200.79

P.O.C.
FND. I.B.C.
BRASS DISK
ON 4" PIPE
N-16,485,241.22
E-1,328,184.05

LEGEND

● - SET 3/4" IR W/U.S.A.C.E. ALUM. DISK (UNLESS NOTED) SEE NOTE 3
○ - FOUND PROPERTY CORNER (AS NOTED)
C.C.D.R. - CAMERON COUNTY DEED RECORDS
C.C.O.P.R. - CAMERON COUNTY OFFICIAL PUBLIC RECORDS
C.C.M.R. - CAMERON COUNTY MAP RECORDS
P.O.C. - POINT OF COMMENCING
P.O.B. - POINT OF BEGINNING
ℓ - PROPERTY LINE

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY. SURVEY DATE, OCTOBER 2010.

9 June 2011

SCOTT M. FERTAK
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 5257

SCOTT M. FERTAK
5257

TRINIDAD SANCHEZ GARCIA AND JUAN MANUEL SANCHEZ GARCIA
RGV-FTB-1060-1

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING - LAND SURVEYING
2525 NORTH LOOP WEST
SUITE 300
HOUSTON, TEXAS 77008
TEL. NO. (713) 861-2525    FAX NO. (713) 861-4131

US Army Corps of Engineers
WRDEC-04-D-0014
CAMERON COUNTY, TEXAS

SHEET 3 OF 4

LAND TO BE CONDEMNED

Tract: RGV-FTB-1060-1 (formerly a part of RGV-FTB-1001-1)
Owner: Juan Manuel Sanchez Garcia and Luisa Espinoza Sanchez
Acres: 0.4866
Cameron County, Texas

59

SCHEDULE "DD" (cont.)



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1060-1 (formerly a part of RGV-FTB-1001-1)
Owner: Juan Manuel Sanchez Garcia and Luisa Espinoza Sanchez
Acres: 0.4866
Cameron County, Texas

60

SCHEDULE "DD"



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1061-1 (formerly a part of RGV-FTB-1001-1)
Owner: Rosalinda S. Gonzalez and Aureliano Gonzalez
Acres: 0.0637
Cameron County, Texas

SCHEDULE "DD" (cont.)



**LAND TO BE CONDEMNED**

Tract: RGV-FTB-1061-1 (formerly a part of RGV-FTB-1001-1)
Owner: Rosalinda S. Gonzalez and Aureliano Gonzalez
Acres: 0.0637
Cameron County, Texas

SCHEDULE "DD"



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1070-1 (formerly a part of RGV-FTB-1001-1)
Owner: F.E. Zavaleta, Jr
Acres: 0.8342
Cameron County, Texas

SCHEDULE "DD" (cont.)



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1070-1 (formerly a part of RGV-FTB-1001-1)
Owner: F.E. Zavaleta, Jr
Acres: 0.8342
Cameron County, Texas