SCHEDULE "DD"



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1071-1 (formerly a part of RGV-FTB-1001-1)
Owner: Browne/Winans Trust
Acres: 3.652
Cameron County, Texas

SCHEDULE "DD"



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1071-1 (formerly a part of RGV-FTB-1001-1)
Owner: Browne/Winans Trust
Acres: 3.652
Cameron County, Texas

88

SCHEDULE "DDD"



LAND TO BE CONDEMNED

Tract: RGV-FTB-1001
Owner: City of Brownsville
Acres: 2.027
Cameron County, Texas

20

SCHEDULE "DDD" (cont.)

| CURVE TABLE | | | | |
|---|---|---|---|---|
| CURVE | RADIUS | LENGTH | DELTA | CHORD | CHORD BEARING |
| C4 | 951.60' | 366.53' | 22°04'07" | 364.27' | N 56°18'03" E |

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L6 | S 89°10'03" W | 120.00' |
| L7 | S 77°47'03" W | 179.84' |
| L8 | S 38°25'09" W | 275.28' |
| L9 | S 51°18'16" W | 229.82' |
| L10 | S 64°44'45" W | 617.06' |
| L11 | N 25°15'15" W | 18.62' |
| L12 | N 22°01'45" E | 26.86' |
| L13 | N 67°01'32" E | 455.29' |
| L14 | N 09°28'28" W | 14.29' |
| L15 | N 38°23'55" E | 321.93' |
| L16 | N 89°07'54" E | 283.37' |

LAND TO BE CONDEMNED

Tract: RGV-FTB-1001
Owner: City of Brownsville
Acres: 2.027
Cameron County, Texas

21

SCHEDULE "DDD" (cont.)

**CURVE TABLE**

| CURVE | RADIUS | LENGTH | DELTA | CHORD | CHORD BEARING |
|---|---|---|---|---|---|
| C1 | 259.78' | 172.91' | 38°08'08" | 169.73' | S 16°10'42" E |
| C2 | 110.88' | 119.38' | 61°41'10" | 113.69' | S 05°55'23" E |
| C3 | 174.63' | 215.71' | 70°46'29" | 202.26' | S 60°17'08" W |
| C5 | 144.63' | 178.65' | 70°46'29" | 167.51' | N 60°17'08" E |
| C6 | 80.88' | 87.08' | 61°41'10" | 82.93' | N 05°55'23" W |
| C7 | 289.78' | 199.10' | 39°22'02" | 195.21' | N 15°33'45" W |

**LINE TABLE**

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | S 51°18'08" E | 30.85' |
| L2 | S 25°44'44" W | 177.86' |
| L3 | S 36°47'29" E | 159.55' |
| L4 | S 24°54'12" W | 220.85' |
| L5 | N 84°18'12" W | 548.56' |
| L6 | S 89°10'03" W | 120.00' |
| L16 | N 89°07'54" E | 283.37' |
| L17 | S 84°19'31" E | 550.48' |
| L18 | N 24°54'12" E | 220.87' |
| L19 | N 36°47'15" W | 160.35' |
| L20 | N 25°10'13" E | 146.31' |
| L21 | N 27°33'39" E | 44.37' |

JERONIMO BANCO NO.131
CAMERON COUNTY, TEXAS

P.O.B.
FND. CONC. MONUMENT
N=16,488,093.84
E=1,324,490.78

F. E. ZAVALETA, JR.
RESIDUE OF 7.04 ACRES
VOL. 1129, PG. 731
C.C.D.R.
AUGUST 30, 1978

FND. CONC. MONUMENT

RGV-FTB-1072
TOE OF LEVEE

COUNTY OF CAMERON
CALLED 0.9506 ACRES
VOL. 4722, PG. 335
C.C.O.P.R.
JAN. 29, 1998

FND. 5/8" IR W/CAP STAMPED "TRANSYSTEMS"

THE CITY OF BROWNSVILLE, TEXAS
CALLED 100.0 ACRES
VOL. 1075, PG. 830,
C.C.D.R.
FEB. 28, 1977

FND. 5/8" IR W/CAP STAMPED "TRANSYSTEMS"
RGV-FTB-1001
2.027 AC.
88,312 SQ. FT.

MATCH LINE

RGV-FTB-1001-1

FND. BENT 5/8" IR

THE CITY OF BROWNSVILLE, TEXAS
CALLED 100.0 ACRES
VOL. 1075, PG. 830,
C.C.D.R.
FEB. 28, 1977

THE CITY OF BROWNSVILLE, TEXAS
RGV-FTB-1001

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING - LAND SURVEYING
2525 NORTH LOOP WEST
SUITE 300
HOUSTON, TEXAS 77008
TEL. NO. (713) 861-7068   FAX NO. (713) 861-4131

US Army Corps of Engineers
CAMERON COUNTY, TEXAS

SHEET 6 OF 7

**LAND TO BE CONDEMNED**

Tract: RGV-FTB-1001
Owner: City of Brownsville
Acres: 2.027
Cameron County, Texas

SCHEDULE "DDD"



LAND TO BE CONDEMNED
Tract: RGV-FTB-1054 (formerly a part of RGV-FTB-1001)
Owner: Linda Louise Waller, Independent Executrix of the Estate of Jack Waller
Acres: 0.8514
Cameron County, Texas

33

SCHEDULE "DDD" (cont.)



LAND TO BE CONDEMNED
Tract: RGV-FTB-1054 (formerly a part of RGV-FTB-1001)
Owner: Linda Louise Waller, Independent Executrix of the Estate of Jack Waller
Acres: 0.8514
Cameron County, Texas

34

SCHEDULE "DDD"



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1058 (formerly a part of RGV-FTB-1001)
Owner: Thomas Salinas, et al
Acres: 0.383
Cameron County, Texas

SCHEDULE "DDD"



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1059 (formerly a part of RGV-FTB-1001)
Owner: City of Brownsville
Acres: 0.281
Cameron County, Texas

49

SCHEDULE "DDD"



**LAND TO BE CONDEMNED**
Tract: RGV-FTB-1060 (formerly a part of RGV-FTB-1001)
Owner: Juan Manuel Sanchez Garcia and Luisa Espinoza Sanchez
Acres: 0.097
Cameron County, Texas

56

SCHEDULE "DDD"



**LAND TO BE CONDEMNED**
Tract:  RGV-FTB-1061 (formerly a part of RGV-FTB-1001)
Owner:  Rosalinda S. Gonzalez and Aureliano Gonzalez
Acres:  0.063
Cameron County, Texas

63

SCHEDULE "DDD"



LAND TO BE CONDEMNED
Tract: RGV-FTB-1070 (formerly a part of RGV-FTB-1001)
Owner: F.E. Zaveleta, Jr
Acres: 0.2527
Cameron County, Texas

SCHEDULE "DDD" (cont.)



LAND TO BE CONDEMNED

Tract: RGV-FTB-1070 (formerly a part of RGV-FTB-1001)
Owner: F.E. Zavaleta, Jr
Acres: 0.2527
Cameron County, Texas

71

SCHEDULE "DDD"



**LAND TO BE CONDEMNED**
Tract: RGC-FTB-1070-2 (formerly part of FTB-1001)
Owner: F.E. Zavaleta, Jr
Acres: 0.0610
Cameron County, Texas



**LAND TO BE CONDEMNED**

Tract: RGC-FTB-1070-2 (formerly part of FTB-1001)
Owner: F.E. Zavaleta, Jr
Acres: 0.0610
Cameron County, Texas

SCHEDULE "DDD"



LAND TO BE CONDEMNED
Tract: RGV-FTB-1071 (formerly a part of RGV-FTB-1001)
Owner: Browne/Winans Trust
Acres: 1.441
Cameron County, Texas

82

SCHEDULE "DDD" (cont.)



LAND TO BE CONDEMNED
Tract: RGV-FTB-1071 (formerly a part of RGV-FTB-1001)
Owner: Browne/Winans Trust
Acres: 1.441
Cameron County, Texas

SCHEDULE "DDD"



**LAND TO BE CONDEMNED**

Tract: RGV-FTB-1072 (formerly a portion of RGV-FTB-1001)
Owner: Cameron County, Texas
Acres: 0.9626
Cameron County, Texas

91

SCHEDULE "DDD"

| CURVE TABLE | | | | | |
|---|---|---|---|---|---|
| CURVE | RADIUS | LENGTH | DELTA | CHORD | CHORD BEARING |
| C1 | 642.91' | 173.84' | 15°29'35" | 173.32' | N 36°54'06" E |

SHARE 19
ESPIRITU SANTO GRANT
CAMERON COUNTY, TEXAS

F.E. ZAVALETA JR.
RESIDUE OF A CALLED
7.04 ACRES
VOL. 1129, PG. 731
C.C.D.R.
AUGUST 30, 1978

CITY OF BROWNSVILLE
DRAINAGE AND STORM SEWER
EASEMENT
VOL. 1010, PG. 481
C.C.D.R.

COUNTY OF CAMERON
CALLED 0.9506 ACRE
VOL. 4722, PG. 335
C.C.O.P.R.
JAN. 29, 1998

RGV-FTB-1072
0.9626 AC.
41,932 SQ. FT.

JACK WALLER
RESIDUE OF A CALLED
58.12 ACRES
VOL. 737, PG. 540
C.C.D.R.
DEC. 12, 1962

P.O.B.
FND. CONC.
MONUMENT
N=16,488,093.84
E=1,324,490.78

CITY OF BROWNSVILLE
DRAINAGE AND STORM SEWER
EASEMENT
VOL. 1010, PG. 487
C.C.D.R.

CITY OF BROWNSVILLE
DRAINAGE AND STORM SEWER
EASEMENT
VOL. 1010, PG. 484
C.C.D.R.

CECILIO G. TREVINO & WIFE
OLIVIA S. TREVINO
CALLED 5.80 ACRES
VOL. 889, PG. 235
C.C.D.R.
JUNE 02, 1970

THE CITY OF BROWNSVILLE, TEXAS
CALLED 100.0 ACRES
VOL. 1075, PG. 830
C.C.D.R.
FEB. 28, 1977

CITY OF BROWNSVILLE
DRAINAGE, STORM SEWER
AND DAM EASEMENT
VOL. 1026, PG. 104
C.C.D.R.

| LINE TABLE | | |
|---|---|---|
| LINE | BEARING | DISTANCE |
| L1 | N 44°43'20" E | 89.13' |
| L2 | S 48°37'34" E | 177.19' |
| L3 | S 59°02'48" W | 78.65' |
| L4 | S 38°41'52" W | 179.85' |
| L5 | N 51°18'08" W | 153.56' |

COUNTY OF CAMERON
RGV-FTB-1072

LANDTECH CONSULTANTS, INC.
CIVIL ENGINEERING · LAND SURVEYING
2825 NORTH LOOP WEST
SUITE 300
HOUSTON, TEXAS 77008

US Army Corps
of Engineers
CAMERON COUNTY, TEXAS

SHEET 4 OF 4

LAND TO BE CONDEMNED

Tract: RGV-FTB-1072 (formerly a portion of RGV-FTB-1001)
Owner: Cameron County, Texas
Acres: 0.9626
Cameron County, Texas

92