IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 5 2014
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*,<br><br>v.<br><br>15.919 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON COUNTY, TEXAS; AND THE CITY OF BROWNSVILLE, ET AL.,<br>*Defendants*, | Case No. 1:08-cv-427 |
| 0.33 ACRES OF LAND, MORE OR LESS SITUATED IN CAMERON COUNTY, TEXAS; AND THE CITY OF BROWNSVILLE, ET AL.,<br>*Defendants*, | Case No. 1:08-cv-430 |
| 0.23 ACRES OF LAND, MORE OR LESS SITUATED IN CAMERON COUNTY, TEXAS; AND THE CITY OF BROWNSVILLE, ET AL.,<br>*Defendants*, | Case No. 1:08-cv-451 |
| 8.28 ACRES OF LAND, MORE OR LESS SITUATED IN CAMERON COUNTY, TEXAS; AND THE CITY OF BROWNSVILLE, ET AL.,<br>*Defendants*, | Case No. 1:08-cv-466 |

## ORDER

Judge Felix Recio has agreed to act as a standby mediator on a pro bono basis. Parties are ordered to contact Judge Recio to coordinate his schedule with their schedules regarding the mediation.

Signed, this 5th day of June, 2014.

Andrew S. Hanen
United States District Judge